STATE OF OREGON,
*Appellant,*

*v.*

LEROY DEDRICK,
*Respondent.*

(C90-05-33137; CA A66785 (Control))

STATE OF OREGON,
*Appellant,*

*v.*

GARRY DEHN OWINGS,
*Respondent.*

(C90-05-32705; CA A66786)

STATE OF OREGON,
*Appellant,*

*v.*

DAVID ALLEN DAVIS,
*Respondent.*

(C90-05-33222; CA A66787)

STATE OF OREGON,
*Appellant,*

*v.*

CHERI RAE GARCIA,
*Respondent.*

(C90-05-33064; CA A66788)

STATE OF OREGON,
*Appellant,*

*v.*

PANCHO CARRANZA-LOPEZ,
*Respondent.*

(C90-06-33726; CA A66789)

STATE OF OREGON,
*Appellant,*

*v.*

LEONARDO M. VERDUCZO,
*Respondent.*

(C90-06-33474; CA A66790)

STATE OF OREGON,
*Appellant,*

*v.*

MIREGEA CONSTANTIN JIGA,
*Respondent.*

(C90-06-33831; CA A66791)
(Cases Consolidated)

811 P2d 926

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, Salem.

Gail Meyer, Portland, argued the cause and filed the brief for respondents.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Affirmed. *State v. Moeller,* 105 Or App 434, 806 P2d 130, *rev allowed* 311 Or 349 (1991).